## UNITED STATES of America, Plaintiff–Appellee

### v.

### Manuel CARRIZALES–JARAMILLO, Defendant–Appellant.

No. 08–40548
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

April 30, 2009.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern Dis-

---

trict of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Manuel Carrizales–Jaramillo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Carrizales–Jaramillo has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

